AO 241 (Rev. 09/17)

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAR 21 2023

ARTHUR JOHNSTON
BY _____ DEPUTY

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): MICHAEL WALLACE PRUITT | Docket or Case No.: 3:23CV202-HTW-LGI ~~0103110/FOR PENDING~~ |
|---|---|

| Place of Confinement : MISSISSIPPI | Prisoner No.: 128517 |
|---|---|

| Petitioner (include the name under which you were convicted) PRUITT | v. | Respondent (authorized person having custody of petitioner) FEDERAL/STATE COURT FEDERAL MISSISSIPPI PEND |
|---|---|---|

| The Attorney General of the State of: | | |
|---|---|---|

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    N/A DUE MALICE INCARCERATION AND PENDING FEDERAL ON GOING CAUSE THROUGH 321 CV 808·CWR-LSL AND ON GOING CIVIL 321·CV 806·CWR-LGI

    (b) Criminal docket or case number (if you know):

2.  (a) Date of the judgment of conviction (if you know): APRIL 10, 2006

    (b) Date of sentencing: APRIL 10, 2006

3.  Length of sentence: LIFE PLUS 50

4.  In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: FIRST TIME
    SEXUAL BATTERY, AGGRAVATED ASSAULT AND KIDNAPPING WITH FORCE NOLO CONTENDERE WITH OPEN PLEA HEARING ON MARCH 19, 2006

6.  (a) What was your plea? (Check one)
    ☐ (1)  Not guilty          ☑ (3)  Nolo contendere (no contest)
    ☐ (2)  Guilty              ☐ (4)  Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _Open Plea Not Fully Assessed By Court Appointed Attorney In First Time Offense Non Capital Case_

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury  ☑ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes  ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes  ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _All State and Successive Writ in 20A_

(b) Docket or case number (if you know): _N/A_

(c) Result: _Dismissed Without Prejudice_

(d) Date of result (if you know): _N/A Because of State Throwing Only_

(e) Citation to the case (if you know): _All My Legal Work To Many To List_

(f) Grounds raised: _To Remand Accessive Sentence Due Process (Knowingly, Unwilling and Unintelligently Entered Guilty Plea (Forced Through Family Arrest and Docket of Appeal Will Show Ineffective Assistance of Counsel, Successive Writ and Appeal Under 2294 Stating The Federal Order in 808 CV-TSL_

(g) Did you seek further review by a higher state court?  ☑ Yes  ☐ No

If yes, answer the following:

(1) Name of court: _Now Northern Southern Federal Division_

(2) Docket or case number (if you know): _____

(3) Result: _Pending_

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _PENDING_

(5) Citation to the case (if you know): _PENDING_

(6) Grounds raised: _FEDERAL HABEAS FOR RELEASE FROM PRISON UPON ORDER FROM FEDERAL COURT IN 8CB TSL AND ATTACHED MEMORANDUM_

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _ALL_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _FROM 20CLO FURTHER_

(4) Nature of the proceeding: _NEW PENDING ILLEGAL SENTENCE_

(5) Grounds raised: _FAILURE TO MEET ALL FOR GRABS ACTIONS TO APPEAL IN 2254_

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _PENDING WITH-IN THIS FILING(S)_

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _N/A_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _Northern Southern Federal Court Division_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _March /2023_

(4) Nature of the proceeding: _Pending_

(5) Grounds raised: _The Emergency to writ_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes    ☐ No

(7) Result: _Pending_

(8) Date of result (if you know): _N/A_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _Southern Federal Miss Court Division_

(2) Docket or case number (if you know): _CY-3316-8016-CWR-LGI_

(3) Date of filing (if you know): _June 22, 2022_

(4) Nature of the proceeding: _as list in Appendix_

(5) Grounds raised: _Neglaw, Cruel and Unusual Punishments_
_Assault, Illegal Sentence, Malice Application_
_of Register/Coginitive Behavioral Program_
_of Register from under 2978 and Death_
_of Family and Friends Throughout the_
_State while attending my Cognitian Review_
_that violated my 4th Amendment Right and_
_Tortured me under my 13 amendment Right_
_to be free from_

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _Waiting_

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☑ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _Sismissive State Sentence on Remand or Reproach of Federal Southern Northern State Southern Division order_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Following Federal order to Remand in Final Lidgement dismissed Aggravator Heinously and Groundily without care to fully read adding decision proper derogatory statement without full Lidgement thereof without US Marshalls office written suffednas as requested and failed needs thereof by their own Lidgement with referral of 2254 and suite..._

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

**(c)**    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: *PETITION UNDER 2254 STATE COURT PETI*

Type of motion or petition: *PETITION*

Name and location of the court where the motion or petition was filed: *State Supreme Court,*
*Court of Appeals, 17TH District Circuit Court in Marshall after Post*

Docket or case number (if you know): *UNAVAILABLE*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *DISMISSED WITHOUT UNDER*
*SUCCESSIVE 2254 and/or 2255/8 1983 BIVENS ETC MULTIPLE*
*FILING(S) and REMAND FINAL JUDGEMENT ORDER WITHOUT PREJUDICE*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: *STATING NOW IN THIS DISTRICT DIVISION*

Name and location of the court where the appeal was filed: *NORTHERN SOUTHERN DIVISION OF*
*THE UNCONSTITUTED OPTION TO PREFILE WRIT OF MERITS FOR LACK OF*

Docket or case number (if you know): *FINAL JUDGEMENT FROM PRITT V WOODARD MISUSE CV 327-808*

Date of the court's decision: *NOV 10TH 2022 REPENTED TO 806 FILING(S) NOW*

Result (attach a copy of the court's opinion or order, if available): *DISMISSAL*

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*ON RAISING AND CAN DE NER FILING(S) AND FINDING(S)*
*LACK INTEREST AND MERITS THEREOF WITHOUT PROPER INTEREST*
*READING(S) THEREOF CONSIDERING TOL ADD THEREOF*
*TOTALITY FOR POOR JUDGEMENT ON BASE TO STATE CLAIMS*
*WHERE CLAIMS WHERE CLEARLY STATED ON RECORD AND ETC*

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _FOLLOWING PROPER ADA aka NAA/ATTORNEYS._

_REMEDIES THROUGH STATE AND LOCAL AGENTS & COURTS AND ADMIN._

_BODYS THROUGH MDOC COUNTY OF LAUDERDALE Co: EMCF STATE PRIVATE FACILITY_

**GROUND TWO:** _EXCESSIVE SENTENCE TO PRIOR EXCESSIVE STATE_

_COUNTY; MARSHALL Co. NOLO CONTENDERE SENTENCE UNDER DUE FORT PLEADING_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_UNDER VoR THE FOREGOING APPENDIX EXCEEDS THE ANTITERROISM ACT OF_

_(AEDPA) BY APPOINTED NEUROLOGICAL / COGNATIVE BEAVIORIAL PROGRAM / REDISIOM_

_PROGRAM STARTING FROM 585 / DMPA CONTRACT / ADEPA CONTRACT ON_

_ME NOT FULFILED BY THE GOVERNMENT BODYS AND EDDS OF KELOWSKI_

_AND CONTRACT MONITORING WITH DMPA NEURO MONITORING WITHOUT_

_PREMISSION OR PROPER CONTRACT / AND/OR PRIOR COURT SETTING(S) WHICH_

_DISMISED / DEPRIVED AND DEFECTED ALL COURT ORDERING SENTENCE_

_ORDER WITHOUT PRIOR COURT SETTING AND/OR ORDER TO ADD TO_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _BROUGHT AND TO PRIOR_

_SETTING(S) THROUGH STATE REMEDY AND REGULATES APPLIED_

_AND SET THROUGH JEVIC AND TO RELIVE OF BIAS AND AMBIGIOUS_

_JUDGEMENT TOWARD THE PETITIONER FOR BIAS HATRED TOWARDS ME_

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: _585 CONTRACT THROUGH DMPA STATE 585_
_BILL TO 2974 REDISIOM NEUROLAN APP_

Type of motion or petition: _PETITION UNDER HOUSE BILL 2974_

Name and location of the court where the motion or petition was filed: _LOCAL AND STATE COURT_

_REMEDIES AND APPENDIX TO AND FROM TO MOVE THROUGH_

_1983 THEREOF THROUGH TO SEVERAL DISMISSALS LAWSUIT PRE_

Docket or case number (if you know): _CIVIL ACTS 3.21-CV 806 AN 808 FINAL_

AO 241 (Rev. 09/17)

Date of the court's decision: _8CIO PENDING AND 808-TSL-MTP NOV 10TH_

Result (attach a copy of the court's opinion or order, if available): _APPENDIX ATTACHED OR_
_BIVENS IF GRANTED AN ACTION IN COURT SETTING [2]_
_COURT APPEARANCE FOR NEURO EVAL AND DISCLOSER IN COURT_

(3) Did you receive a hearing on your motion or petition?  _DISCLOSE_ ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? _WILL_ ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: _REPEAL FORWARDING, COMMUTE EVAC..._

Name and location of the court where the appeal was filed: _JACKSON FEDERAL WHERE THIS_
_WILL BE ADDED TO TO CV 3:21-8CIO CRW-LGI_

Docket or case number (if you know): _CV 3:21-ADD TO AND FORM PENDING [2]_

Date of the court's decision: _PENDED_

Result (attach a copy of the court's opinion or order, if available): _Await_

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_THE RAISED NEURO DIVERGENT DENIAL OF STATE AND_
_FEDERAL WORLDLY RIGHTS OR THAT OF WHATS LEFT DUE TO_
_EXCESSIVE UNCONSTITUTIONAL USE TAKEN END THE WORLD_
_THROUGH LEGAL COURT AND REFUSAL OF CLAIMS PLUS RELEASE_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _FOLLOWING STATED WHICH_
_DEMAND RELEASE / REVERSAL / UNBIASED COURT SETTINGS_
_TO RELEASE THE PETITIONER AND REVERSAL GROUNDS_
_THEREOF AND PAYMENT FOR ALL COST AND DAMAGES AND RELEASE_

**GROUND THREE:** _EXCESSIVE ADDED TO SENTENCE DIFFERENCE_
_OF ORIGINAL COURT SENTENCE WITHOUT PLEA AGREEMENT REFER_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_NEUROLAW VIOLATES EVER CONSTITUTIONAL FACTOR OF INHUMANITY_
_WAYS AND UNHUMANIZED APPLICATION WITH NO VALUE_
_TO HUMAN LIFE AND ADD OF THAT OF DUE TO ITS_
_EXCESSIVE DISRESPECT NO RESPECT WITH NO REMORSE_
_TO VALUE OF HUMAN LIFE WITH NO RESPECT TO LAW LIFE_
_LIMB OR LIBERTY OR BILL OF RIGHT OR MAGNA CARTA_

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _Have and Continued_
_and will Continue regardless of Neuro unConstitutional_
_Lingion of a None Libertarian Court System and_
_Nevadalaw Application and Denial Thereof without Rights_

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: _Full Disclosed Through to Successive_

Type of motion or petition: _All Above and Forwarded Post and Prior_

Name and location of the court where the motion or petition was filed: _State now to Federal_

_____

Docket or case number (if you know): _Too Many_

Date of the court's decision: _Too Many_

Result (attach a copy of the court's opinion or order, if available): _N/a must summons_
_Full record due to malicus act of climatica_
_arts inhuman Treatment and Harrassment to stop_

(3) Did you receive a hearing on your motion or petition?   ☑ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: _Deny such acts now thereof_

Name and location of the court where the appeal was filed: _Throughout Life no_
_Reason or other to subject to through State_

Docket or case number (if you know): _as goes_

Date of the court's decision: _as ongoing to wit_

Result (attach a copy of the court's opinion or order, if available): _Denaid all use_
_Immediately and thereof throughout all_
_due no remorse but their will self inflict_
_upon death of life and terminate now_

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _FULL EXPLAINATION_

_AS DEFINED THROUGH THIS AND THAT ABOVE_

**GROUND FOUR:** _DENIAL OF FEDERAL AND STATE CONSTITUTIONAL_

_RIGHTS THROUGHOUT ADDING TO NON CONSTITUTIONAL ACT_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_NEUROLAW APPLICATION FOR NOISE BTU 2974 REPSTORA_

_PROGRAM WHICH WAS INHUMAN AND UNCONSTITUTIONAL_

_TO ADD TO AND REPRESS AND/OR SUBJECT SOMEONE_

_TO SUCH INHUMAN TREATMENT ADD TO TORTURE SOMEONE_

_WITHOUT RIGHT OR NO REMORSE TO RESPECT OR LIFE_

_LIMB AND/OR LIBERTY THROUGH A NON CONSTITUTIONAL_

_APPLICATION AND UNCONSTITUTIONAL BIAS OF THEIR NINE RIGHT_

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? _WILL_ ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _GOING TO AS MOTION_

_ISSUES BUT PREFERABLE COURT SETTING[S]_

_UNDER NEUROLAW COURT APPEARANCE_

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: _AS FOLLOWS_

Type of motion or petition: _PETITION / WRITS AND AS FOLLOWS_

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: *FOREGOING AND*
*AS FOLLOWS*

Docket or case number (if you know): *AS LISTED THROUGHOUT*

Date of the court's decision: *PREVIOUSLY LISTED*

Result (attach a copy of the court's opinion or order, if available): *AS FOLLOWS AND*
*TO ADD TOO AND WRT THUSOF AND THEREOF*

(3) Did you receive a hearing on your motion or petition?  ☑ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: *FINDINGS AS SET*

Name and location of the court where the appeal was filed: *FEDERAL JACKSON SOUTHERN*
*DIVISION FEDERAL COURT*

Docket or case number (if you know): *N/A*

Date of the court's decision: *PENDING*

Result (attach a copy of the court's opinion or order, if available): *FORGOING*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four: *TO RELEASE AND TO RESOLVE*
*ALL PETITIONER'S ISSUES TO REIMBURSE ALL*
*FILING FEES / RELEASE AND DENY ALL UNCONSTITUTIONAL*
*CONFINEMENT FROM PRISON AND PUNITIVE DAMAGES*
*AND COMPENSATORY DAMAGES FOR TOTAL SUM OF*
*ONGOING VIOLATIONS OF PENDING LAW CIVIL STATE*

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:  STILL MORE TO ADD TO IN THE BACK OF THE ATTACHED APPENDIX AS 2254 TRANSFER WITH AN ADDITIONAL ARGUMENT OF AND THEREOF TO GAIN FULL PETITION AND STATE CLAIMS THEREOF

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

THE TOTAL APPLICATION AND DEPARTING FACTORS OF STATE AND FEDERAL RIGHTS WHICH INVALIDATE MY AND MADE IT EXCESSIVE AND UN-CONSTITUTIONAL

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☑ Yes    ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.  AS BEING DISCLOSED AS FOLLOWS TO FROM STATE TO FEDERAL FILING[3] WHICH LEAD TO THIS 2254 AND 55 FOR RELEASE FROM CUSTODY DUE TO ILLEGAL NON-BINDING UN-CONSTITUTIONAL NON-CONSTITUTIONAL COURT UNORDERED APPLICATION OF NEW LAW DIVERGENT NONE APPLICABLE NONE FORCE SEXUAL EXTORTION AND TOLERANCE SLAVERY OF APPLICATION AND NONE CONSTITUTIONAL ADD TO SENTENCE WITHOUT POWER OR RIGHT

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☑ Yes    ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.  NEW LAW IS UNJUST AND UNAPPLICABLE TO ADD TO ADD TO A MANS SENTENCE WITHOUT DUE PROCESS 1618 MORNA CARTA SETTLEMENT FORGED AND FOUND UPON SAID FORMAL JUSTICE / CONSTITUTIONAL SYSTEM WITH EXTREME BIAS AND NO REGARD TO LAW LIFE AND/OR LIBERTY OR LIBERAL RIGHT AND/OR LIMIT

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: *None In This And Those And Self Appointed Court Thereof*

(a) At preliminary hearing: *Pending Thereof To Add To With Proper Federal Respectfully Request Without Waivers*

(b) At arraignment and plea: *None I Want New Full Federal Trial on-Foregoing To Make Comment And Release of Con*

(c) At trial: *A Waiving And Respectfully Requested Conclusion And Immediately Release From Prison*

(d) At sentencing: *None But Add Unconstitutional Sentence And To Petitioners Sentencing Order Prior To O Add Thereof*

(e) On appeal: *Pending Due To Unconstitutional Initial Thereof and Add To But Limited Too*

(f) In any post-conviction proceeding: *No Further [Filing[S] To Respectfully Request Immediate Remedy and Release*

(g) On appeal from any ruling against you in a post-conviction proceeding: *Remove From Unconstitutional Prison Confinement Without Further Delay and Court Cost or Further Pending[S] To Favorable*

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: *None Check Ncic Nemclaw Exact.*

(b) Give the date the other sentence was imposed: *None*

(c) Give the length of the other sentence: *None*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No  *None To File once Set Free*

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

*Final Judgment Waives one year Tole To Original Sentence Due To Order In None Prejudice Order of Raised Issue In Civil Action under United States District Judge B/ Tom S. Lee order and Final Judgement In Civil Matter ongoing And Bias order Thereof To Add Too*

AO 241 (Rev. 09/17)

A State and Federal Sentencing order without a
Constitutional Longing and/or Administrative order
under Due Process to add to a Prisoners Sentence
without State or Federal Court order setting[s] and/or
open Court setting[s] to add to or alter a
prior sentence or sentencing order due to the
now undone Cruel vagueness Nephlaw application
Cognative Behavioral / Redirection Program that caused
me / Petitioner to end up getting robed / assulted
cause physical and psychological damage and previous
strokes which I am now being treated for due
to Nephlaw Unconstitutional acts infringement
upon all Constitutional rights of that a None Due Process
Eff application and Cruel Punishment cause to
a None Cruel Case as the Petitioners case without right
Due Process first and foremost which violates all
Human rights to be safe from of 1629 Bill of
Rights and thereof to further include no
privacy and denial of right to religion and it
caused deaths of my family throughlight and having
thereof / requesting urgent counsel to present

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)       A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

           (A)       the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

           (B)       the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

           (C)       the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

           (D)       the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _To Release me From Prison upon Filing Due to Totality and Respectfully Requested Without Delay From my Illegal Prison Sentence_ or any other relief to which petitioner may be entitled. _To Forgoing and Pending Civil Action Now and after Release and Request appointed Pro Se Michael Pruitt_

Counsel in This Matter Upon Receipt

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _March 5, 2023_ (month, date, year).

Executed (signed) on _March 5, 2023_ (date).

_Michael Pruitt_

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____